**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 01-6140**

———

ALBERT MILLER, III,

                                      Plaintiff - Appellant,

        versus

PATRICIA BAILEY; DAVID M. HINDS; JOSEPH E.
SWANTON; HASHEMEE SAYD,

                                      Defendants - Appellees.

———

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-00-172-5-BR)

———

Submitted: April 12, 2001          Decided: April 18, 2001

———

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

Albert Miller, III, Appellant Pro Se.  Buren Riley Shields, III, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina; Kari Russwurm Johnson, CRANFILL, SUMNER & HARTZOG, L.L.P., Raleigh, North Carolina, for Appellees.

———

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Albert Miller, III, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Miller v. Bailey, No. CA-00-172-5-BR (E.D.N.C. Nov. 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED